```
 1 │ E. MARTIN ESTRADA
   │ United States Attorney
 2 │ MACK E. JENKINS
   │ Assistant United States Attorney
 3 │ Chief, Criminal Division
   │ KEDAR S. BHATIA (Cal. Bar No. Pending)
 4 │ Assistant United States Attorney
   │ General Crimes Section
 5 │      1200 United States Courthouse
   │      312 North Spring Street
 6 │      Los Angeles, California 90012
   │      Telephone: (213) 894-4442
 7 │      E-mail:    kedar.bhatia@usdoj.gov
   │
 8 │ Attorneys for Plaintiff
   │ UNITED STATES OF AMERICA
 9 │
   │                   UNITED STATES DISTRICT COURT
10 │
   │              FOR THE CENTRAL DISTRICT OF CALIFORNIA
11 │
12 │ IN RE KEDAR S. BHATIA            MISC CR. NO. 2:23-CM-00205
13 │                                  REQUEST FOR LEAVE OF COURT TO
   │                                  PRACTICE ON BEHALF OF THE UNITED
14 │                                  STATES OF AMERICA
15 │                                  PROPOSED ORDER FILED CONCURRENTLY
16 │
17 │      TO THE HONORABLE PHILIP S. GUTIERREZ, CHIEF JUDGE, UNITED STATES
18 │ DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:
19 │      The applicant, KEDAR S. BHATIA, states that he is a member in
20 │ good standing of the bar of the State of New York (admitted September
21 │ 8, 2014, Bar No. 5268230) and is eligible to practice before the
22 │ courts of that jurisdiction.
23 │      Further, as confirmed by the attached status report from the
24 │ State Bar of California, applicant certifies and affirms that he is
25 │ registered with the State Bar of California Office of Admission, has
26 │ registered for the February 2024 administration of the California Bar
27 │
28 │
```

Examination, and will otherwise submit all necessary documents and applications.[1]

Wherefore, pursuant to Local Rule 83-2.1.4.1, the applicant respectfully requests leave of this Court to practice law in the Central District of California on behalf of the United States of America. The applicant will submit to this Court proof of admission to the State Bar of California no later than one year after the date of this application.

Dated: November 3, 2023

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

          /s/
_____
KEDAR S. BHATIA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

---

[1] See Exhibit A (California Bar "Admissions Status" web form with certain personally identifying information redacted).

# EXHIBIT A

🌐 State Bar Website (https://www.calbar.ca.gov)

| Status (/s/status) |  The State Bar of California |

# Applications & Requests        Search...           Search

## Admission Status

Following are the requirements for admission to practice law in California and your status toward fulfilling those requirements.

Please note: The information below is current as of today. Any recent changes in your status will be reflected when the next update is received.

---

**File Number:** 698094
**Name:** Kedar Sanjay Bhatia
**Address:** ▇▇▇▇▇▇▇▇▇▇▇

---

### REGISTRATION

Admission Requirement: Register with the Office of Admissions
Applicant Status:        Approved
NCBE#:                   N10097641

---

### FIRST-YEAR LAW STUDENTS' EXAMINATION

Admission Requirement: Pass the First-Year Law Students' Examination or establish exemption
Applicant Status:        Requirement Satisfied

---

### CALIFORNIA BAR EXAMINATION

Admission Requirement: Pass the California Bar Examination
Applicant Status:        Requirement not satisfied

Last Exam Applied for:   February 2024
Eligibility Status:      Pending Eligibility
Assigned Test Center:    Pasadena Convention Center

---

### PROVISIONAL LICENSURE EXPANSION PROGRAM ELIGIBILITY

Admission Requirement: Have 1390 score in past Examination from July 2015 to February 2020 on file.
Applicant Status:        Not Eligible

---

### MORAL CHARACTER

Admission Requirement: Have an active positive moral character determination on file
Applicant Status:        Requirement not satisfied

---

### MULTISTATE PROFESSIONAL RESPONSIBILITY EXAMINATION

Admission Requirement: Have a passing MPRE score on file
Applicant Status:        Requirement satisfied

---

**COMPLIANCE WITH COURT OBLIGATIONS**

Admission Requirement: Be in compliance with all court ordered child/family support obligations
Applicant Status:         Requirement satisfied

---

**ADMINISTRATIVE ISSUES**

Admission Requirement: All administrative issues must be cleared
Applicant Status:         No administrative issues at this time

---

**QUALIFIED TO BE ADMITTED TO PRACTICE LAW**

Admission Requirement: Name must be on motion to the Supreme Court of California and applicant must be sworn in as an attorney within five years of the last day of the California Bar Examination passed
Applicant Status:         Not on motion
                          See above for requirement(s)

# Protecting the public & enhancing the administration of justice.

SAN FRANCISCO
(Main Office)
180 Howard St.
San Francisco, CA 94105
415-538-2000

LOS ANGELES
845 S. Figueroa St.
Los Angeles, CA 90017
213-765-1000